IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01118-WDM-CBS

SURGICAL CONCEPTS, LLC.,

    Plaintiff,

v.

BRION T. DOMMAN, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    There having never been service of the motion for temporary restraining order, doc. no. 2 is denied as moot.

Dated:  September 5, 2007

                                                  s/ Jane Trexler, Judicial Assistant